UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| JUAN MANUEL CUELLAR-CUELLAR, <br><br> Petitioner, <br><br> v. <br><br> ICE FIELD OFFICE DIRECTOR, <br><br> Respondent. | Case No. C14-569-RAJ-BAT <br><br> **REPORT AND RECOMMENDATON** |

Juan Manuel Cuellar-Cuellar filed a habeas petition pursuant to 28 U.S.C. § 2241, seeking release from the Northwest Detention Center.  *See* Dkt. 5.  He has since been released.  *See* Dkt. 12, Ex. A.  Because he has already been given the relief sought, his habeas petition is moot.  *See Flores-Torres v. Mukasey*, 548 F.3d 708, 710 (9th Cir. 2008).  Accordingly, the Court recommends **GRANTING** respondent's motion to dismiss, Dkt. 10; **DENYING** petitioner's habeas petition, Dkt. 5; and **DISMISSING** this action without prejudice.  A proposed order accompanies this Report and Recommendation.

Objections to this Report and Recommendation may be filed and served upon all parties no later than **July 14, 2014.**  The Clerk should note the matter for **July 18, 2014**, as ready for the District Judge's consideration if no objection is filed.  If objections are filed, any response is due within 14 days after being served with the objections.  A party filing an objection must note the

REPORT AND RECOMMENDATON- 1

matter for the Court's consideration 14 days from the date the objection is filed and served. The matter will then be ready for the Court's consideration on the date the response is due. Objections and responses shall not exceed five (5) pages. The failure to timely object may affect the right to appeal.

DATED this 30th day of June, 2014.

_____
BRIAN A. TSUCHIDA
United States Magistrate Judge

REPORT AND RECOMMENDATON- 2