UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| JUAN MANUEL CUELLAR-CUELLAR, <br><br> Petitioner, <br><br> v. <br><br> ICE FIELD OFFICE DIRECTOR, <br><br> Respondent. | Case No. C14-569-RAJ <br><br> **ORDER OF DISMISSAL** |

The court has reviewed the Report and Recommendation ("R&R") of the Honorable Brian A. Tsuchida, United States Magistrate Judge. The court notes that no one has objected to the R&R, and that the time for the objection has passed. The court ADOPTS the R&R (Dkt. # 13), thereby granting Respondent's motion to dismiss (Dkt. # 10). The court DISMISSES this action as moot and directs the clerk to enter judgment and ensure that Judge Tsuchida receives notice of this order.

DATED this 21st day of July, 2014.

*Richard A. Jones*

The Honorable Richard A. Jones
United States District Court Judge

ORDER OF DISMISSAL - 1